```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 46755
    APRIL KELLY KIRSTEIN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-1308
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/09/05 and confirmed on 01/09/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   3384.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 472.19 | .00 | 260.15 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 235.88 | .00 | 129.95 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DOUGLAS KAY DDS | UNSECURED | 3107.07 | .00 | 1711.80 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| GAP | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 309.57 | .00 | 170.55 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ENTERPRISE SYST | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |

```
TARGET                       UNSECURED      NOT FILED              .00         .00
UNITED COLLECTIONS           UNSECURED      NOT FILED              .00         .00
VON MAUR                     UNSECURED      NOT FILED              .00         .00
WALMART                      UNSECURED      NOT FILED              .00         .00
WASHINGTON MUTUAL BANK       UNSECURED      NOT FILED              .00         .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | 4124.71   | .00   | 4124.71 |
| PRINCIPAL PAID     | .00     | .00      | 2272.45   | .00   | 2272.45 |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID         | .00     | .00      | 2272.45   | .00   | 2272.45 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $ 2200.00 and was paid $ 1200.00 direct and $ 1000.00 through the plan.

The Trustee received $ 111.55 .

Refunds to the Debtor totaled $ .00 .

  Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 05 B 46755 APRIL KELLY KIRSTEIN